175 A.3d 154

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAMES S. RUSSELL, DEFENDANT-PETITIONER.

C–261 September Term 2017
079979

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004808–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 154

L.C., PLAINTIFF-PETITIONER, v. S.C., DEFENDANT-
RESPONDENT, AND W.S., DEFENDANT.

C–240 September Term 2017
079581

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001817–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.